UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROLEX WATCH, U.S.A., INC.,

        Plaintiff,

       - against -

JEAN D. PHAREL AND TERRANCE
DEANDRA MCKNIGHT, et al.,

        Defendants.

------------------------------------------------------------X

**ORDER**
09-CV-4810 (RRM)(ALC)

**MAUSKOPF, United States District Judge.**

On March 1, 2010, Plaintiff moved for default judgment against Defendant Jean D.

Pharel (Doc. No. 11).  By Order entered March 3, 2010, this Court referred that motion to the

assigned Magistrate Judge, the Honorable Andrew L. Carter, for a Report and Recommendation.

On April 23, 2010, Plaintiff moved for default judgment against Defendant Terrance Deandra

McKnight (Doc. No. 16).  By Order dated April 23, 2010, this Court referred that motion to

Magistrate Judge Carter for a Report and Recommendation.  On March 11, 2011, Magistrate

Judge Carter electronically filed his Report and Recommendation (the "R&R"), addressing both

motions, and recommending that they be granted (Doc. No. 32).  The Magistrate Judge reminded

the parties that, pursuant to Rule 72(b), objections to the R&R shall be filed electronically within

14 days of the date the R&R was served, in this case, by March 25, 2011.  No party has filed any

objections.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has

reviewed for clear error the Magistrate Judge's well-reasoned and comprehensive R&R and,

finding none, concurs with the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224,

226 (E.D.N.Y. 2007). Accordingly, this Court adopts in its entirety the recommendation set forth therein.

Accordingly, it is hereby ORDERED that:

1) Plaintiff's Motions for Default Judgment (Doc. Nos. 16, 11) are GRANTED;

2) Default judgment shall be awarded in favor of Plaintiff and against Defendants Pharel and McKnight, jointly and severally, in the <u>sum total</u> of the following amounts: (1) $1,000,000.00 in principal damages; (2) $37,192.60 in attorney's fees; (3) $350.00 in costs; and

3) That by March 31, 2011, Plaintiff shall submit electronically via ECF and in Word or Word Perfect format directly to chambers[1] a proposed permanent injunction that conforms to the parameters set forth in Magistrate Judge Carter's R&R. Upon receipt of this proposed Order, the Court will enter judgment accordingly.

Plaintiff is directed to serve a copy of this Order on Defendants by overnight mail, and to file proof of service with the Court.

SO ORDERED.

Dated: Brooklyn, New York
      March 28, 2011                   /S/

                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge

---

[1] Plaintiff shall contact chambers to arrange to transmit said electronic courtesy copy.